NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KOZMA INVESTIMENTOS, LTDA,           )
                                     )
           Appellant,                )
                                     )
v.                                   )     Case No. 2D18-602
                                     )
EDSON PEREIRA DUDA and               )
NATALINA SACCHI DUDA                 )
                                     )
           Appellees.                )
_____)

Opinion filed February 22, 2019.

Appeal from the Circuit Court for
Collier County; Hugh D. Hayes, Judge.

Stephanie C. Mazzola, Charles M.
Tatelbaum, and Christina V.
Paradowski, of Tripp Scott, P.A., Fort
Lauderdale, for Appellant.

Jose M. Ferrer and Desiree
Fernandez, of Bilzin Sumberg Baena
Price & Axelrod LLP, Miami, for
Appellees.

PER CURIAM.

          Affirmed.

KELLY, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.